**Appeal Dismissed and Memorandum Opinion filed February 15, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00060-CV

---

## IN THE MATTER OF M.B.

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-01558J**

---

## MEMORANDUM OPINION

This is an attempted appeal from an order signed December 8, 2023 by a juvenile court waiving its exclusive original jurisdiction in the above trial court proceeding and transferring a child to a criminal district court for criminal proceedings.[1]  *See* Juvenile Justice Code, Tex. Fam. Code Ann. §§ 54.02(a), 56.01(c)(1)(A).  The notice of appeal was due December 28, 2023.  *See* Tex. R. App. P. 26.1(b); Sup. Ct. Misc. Docket No. 15-9156 (Tex. Aug. 28, 2015).  Appellant's

---

[1] Appellant has another appeal pending of a separate order taking the same actions with a different trial-court proceeding originally before the same juvenile court in case number 14-23-00969-CV.  That appeal is not affected by this memorandum opinion.

notice of appeal was filed January 18, 2024.

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On January 26, 2024, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction unless any party demonstrated by February 5, 2024 that this court has jurisdiction over the appeal. *See* Tex. R. App. P. 42.3(a). Neither party filed a response.

Accordingly, we dismiss the appeal for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.